COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00317-CV

Style:      Pelco Construction Company v. Chambers County, Texas

Date motion filed[*]:      November 3, 2014

Type of motions:      Unopposed Motion to Abate the Appeal

Parties filing motions:      Appellant

Document to be filed:      Supplemental or Complete Clerk's Record

Is appeal accelerated?      No

Ordered that motions are:

     ☐   Granted

         If document is to be filed, document due:

     ☐   Denied

     ☒   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒      Other: _____

     Appellant's motion to abate the appeal, until a supplemental or complete clerk's record can be filed, is dismissed as moot because the trial clerk filed it on November 4, 2014.

Judge's signature: /s/ Laura C. Higley
         ☒   Acting individually      ☐   Acting for the Court

Panel consists of _____

Date: November 6, 2014